# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REACH COMMUNICATIONS SPECIALISTS, INC.** *IN ITS OWN NAME AND T/A* *RC'S SEARCHERS, INC.* : : : : : | |
| v. : | **CIVIL ACTIO NO. 13-2388** |
| **JEWELL WILLIAMS, ET AL.** : : | |

## ORDER

This 10th day of May, 2019, it is hereby **ORDERED** that the Clerk of Court shall **REMOVE** this matter from **SUSPENSE**.

       /s/ Gerald Austin McHugh
United States District Judge