# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REACH COMMUNICATIONS SPECIALISTS, INC. *IN ITS OWN NAME AND T/A RC'S SEARCHERS, INC.* | : : : : : |
| v. | : CIVIL ACTIO NO. 13-2388 |
| JEWELL WILLIAMS, ET AL. | : : |

## ORDER

This 15th day of May, 2019, it is hereby **ORDERED** that a status conference is scheduled for Friday, **May 31, 2019**, at **11:30 a.m.** The conference will be held in Chambers, Room 9613, of the United States Courthouse, 601 Market Street, Philadelphia, PA.

/s/ Gerald Austin McHugh
United States District Judge