**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **REACH COMMUNICATIONS SPECIALISTS, INC.** *IN ITS OWN NAME AND T/A* *RC'S SEARCHERS, INC.* : : : : : | |
| v. : | **CIVIL ACTIO NO. 13-2388** |
| **JEWELL WILLIAMS, ET AL.** : : | |

**ORDER**

This 31st day of May, 2019, following a conference with counsel, and the parties mutual agreement, it is hereby **ORDERED** that this case should again be placed in **CIVIL SUSPENSE**, pending resolution of the appeal in *United States v. Davis*, 15-cr-138.

                                                                /s/ Gerald Austin McHugh
                                                        United States District Judge