**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| REACH COMMUNICATIONS SPECIALISTS, INC., in its own name and t/a RCS SEARCHERS, INC., | : : : : | Civil Action No. 2:13-cv-02388-GAM |
| Plaintiff, | : : | |
| v. | : : | |
| JEWELL WILLIAMS, SHERIFF OF THE CITY AND COUNTY OF PHILADELPHIA, and CITY OF PHILADELPHIA and ALAN L. BUTKOVITZ, individually and as CONTROLLER OF THE CITY OF PHILADELPHIA, and BARBARA A. DEELEY, individually and as former ACTING SHERIFF OF the CITY and COUNTY OF PHILADELPHIA, and LEXINGTON TECHNOLOGY AUDITING, INC., | : : : : : : : : : | |
| Defendants. | : | |

**NOTICE OF:
WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

TO THE CLERK OF THE COURT AND ALL PARTIES:

Please withdraw the appearance of Lee Harrington of Ascendant Law Group LLP and substitute the appearance of Brian T. Feeney of Greenberg Traurig, LLP, as counsel for Defendant Lexington Technology Auditing, Inc.

Respectfully submitted,

By:     */s/ Brian T. Feeney*
Brian T. Feeney, #78574
GREENBERG TRAURIG, LLP
1717 Arch Street, Suite 400
Philadelphia, Pennsylvania 19103
Telephone:  215.988.7800

By:   */s/ Lee Harrington*[1]
       Lee Harrington, #84218
       ASCENDANT LAW GROUP LLC
       2 Dundee Park Drive, Suite 102
       Andover, MA 01810
       Telephone:  978.409.2038

---

[1] Signed with authorization from Lee Harrington.

## CERTIFICATE OF SERVICE

This is to certify that on August 12, 2021, I electronically filed the foregoing NOTICE OF: WITHDRAWAL AND SUBSTITUTION OF COUNSEL with the CM/ECF e-filing system, which will automatically send email notification of such filing to attorneys of record.

This 12th day of August, 2021.

/s/ Brian T. Feeney
Brian T. Feeney, #78574
GREENBERG TRAURIG, LLP
1717 Arch Street, Suite 400
Philadelphia, Pennsylvania 19103
Telephone:  215.988.7800

*ACTIVE 59143665v1*