

Brian T. Feeney
Tel 215.988.7812
Fax 215.988.7801
feeneyb@gtlaw.com

January 24, 2022

**VIA ECF AND ELECTRONIC MAIL**

The Honorable Gerald A. McHugh
Chambers_of_Judge_Gerald_McHugh@paed.uscourts.gov
United States District Court for the
  Eastern District of Pennsylvania
U.S. Courthouse, Room 9613
601 Market Street
Philadelphia, PA 19106

>   Re:   Reach Communications Specialists, Inc. v. Williams, *et al.*
>         No. 2:13-cv-02388-GAM

Dear Judge McHugh:

On behalf of my client, defendant Lexington Technology Auditing, Inc., I respectfully request that this Court schedule the above action for a status conference. On May 31, 2019, at plaintiff's request, this Court entered a stay of this action pending the conclusion of the criminal proceedings involving plaintiff's principal. I understand that those proceedings are now concluded, and that plaintiff's principal is now serving a 121-month prison term that is due to end in 2029. Following the conclusion of the criminal proceedings, I attempted without success to contact the other parties to discuss the status of this litigation and whether the plaintiff intended to seek to have the stay lifted. Lexington believes that a status conference would aid in bringing this action to a resolution.

Respectfully,

*/s/ Brian T. Feeney*

Brian T. Feeney

cc:   All Counsel of Record (*via* ECF)

**Greenberg Traurig, LLP | Attorneys at Law**

1717 Arch Street | Suite 400 | Philadelphia, Pennsylvania 19103 | T +1 215.988.7800 | F +1 215.988.7801

Albany. Amsterdam. Atlanta. Austin. Berlin. Boca Raton. Boston. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London. Los Angeles. Mexico City. Miami. Milan. Minneapolis. Nashville. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Sacramento. San Francisco. Seoul. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv. Tokyo. Warsaw. Washington, D.C. West Palm Beach. Westchester County.

Operates as: ¨Greenberg Traurig Germany, LLP; ᐩA separate UK registered legal entity; ˚Greenberg Traurig, S.C.; ᴮGreenberg Traurig Santa Maria; ∞Greenberg Traurig LLP Foreign Legal Consultant Office; ᴬA branch of Greenberg Traurig, P.A., Florida, USA; ᴿGT Tokyo Horitsu Jimusho; ˜Greenberg Traurig Grzesiak sp.k.

www.gtlaw.com