

Brian T. Feeney
Tel 215.988.7812
Fax 215.988.7801
feeneyb@gtlaw.com

June 30, 2022

**VIA ECF**

The Honorable Gerald A. McHugh
Chambers_of_Judge_Gerald_McHugh@paed.uscourts.gov
United States District Court for the
   Eastern District of Pennsylvania
U.S. Courthouse, Room 9613
601 Market Street
Philadelphia, PA 19106

**Re:   Reach Communications Specialists, Inc. v. Williams,** *et al.*
        **No. 2:13-cv-02388-GAM**

Dear Judge McHugh:

On behalf of defendant Lexington Technology Auditing, Inc., I respectfully request that this Court schedule the above action for another status conference.

More than three years ago, on May 31, 2019, at plaintiff's request, this Court entered a stay of this action pending the conclusion of the criminal proceedings involving plaintiff's principal. Those proceedings ended and plaintiff's principal is now serving a 121-month prison term that is due to end in 2029. I believe it is fair to say that the Court and all counsel understand that this action may not be fairly litigated while plaintiff's principal remains incarcerated.

At our last status conference on January 28, 2022, the Court asked plaintiff's counsel, Thomas McNamara, Esquire, to confer with plaintiff's principal to determine whether plaintiff would agree to dismiss this action voluntarily, and then to report back to the Court. On March 2, 2022, Mr. McNamara advised me that due to restrictions at FCI Fort Dix, he had not been able to confer with his client. My subsequent attempts to follow up with Mr. McNamara have not been successful. Lexington believes that at this point, the action should be dismissed for lack of prosecution, and that a status conference would aid in deciding on a process by which plaintiff's failure to prosecute should be presented to this Court for a resolution.

We appreciate Your Honor's consideration of this request.

Respectfully,

*/s/ Brian T. Feeney*

Brian T. Feeney

cc:   All Counsel of Record (*via* ECF)

**Greenberg Traurig, LLP | Attorneys at Law**

1717 Arch Street  |  Suite 400  |  Philadelphia, Pennsylvania 19103  |  T +1 215.988.7800  |  F +1 215.988.7801

Albany. Amsterdam. Atlanta. Austin. Berlin. Boca Raton. Boston. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London. Los Angeles. Mexico City. Miami. Milan. Minneapolis. Nashville. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Sacramento. San Francisco. Seoul. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv. Tokyo. Warsaw. Washington, D.C. West Palm Beach. Westchester County.

Operates as: Greenberg Traurig Germany, LLP; A separate UK registered legal entity; Greenberg Traurig, S.C.; Greenberg Traurig Santa Maria; Greenberg Traurig LLP Foreign Legal Consultant Office; A branch of Greenberg Traurig, P.A., Florida, USA; GT Tokyo Horitsu Jimusho; Greenberg Traurig Grzesiak sp.k.

www.gtlaw.com