IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| REACH COMMUNICATIONS SPECIALISTS, INC., : <br>       Plaintiff, : <br> : <br> v. : <br> : <br> JEWELL WILLIAMS et al., : <br>       Defendants. : | **CIVIL ACTION** <br> **No. 13-2388** |

## ORDER

This 13th day of February, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. Defendants' Motions for Reconsideration, ECF 61 and 62, are **GRANTED**.

2. Plaintiff's Complaint is **DISMISSED** with prejudice.

3. Plaintiff's Motion to Stay Proceedings, ECF 65, is **DENIED**.

                                                          /s/ Gerald Austin McHugh
                                                          United States District Judge